FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDGET BLINDS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUDGET BLINDS AND SHUTTERS, an unknown business entity; KENNETH JAMES, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: SACV-09-00933 AG (ANx)<br>*Hon. Andrew J. Guilford*<br>*Courtroom 10D*<br><br>[~~PROPOSED~~] ORDER |

Plaintiff Budget Blinds, Inc.'s Petition for an Order to show cause Re: Civil Contempt and Sanctions against Defendant Kenneth James came regularly for hearing on May 17, 2010 at 10:00 a.m. in Courtroom 10D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701-4516, the Honorable Andrew J. Guilford presiding.

GOOD CAUSE SHOWING. Defendant Kenneth James is ordered to show cause (1) why he should not be held in contempt of this Court; (2) why the Permanent Injunction and Accounting Order should not provide for a penalty of $5,000 for each future violation

1 | of the Permanent Injunction and Accounting Order; and (3) why Budget Blinds, Inc. should
2 | not be awarded its attorneys fees and costs in the amount of $6,000 in connection with this
3 | Order.

**IT IS SO ORDERED.**

DATED: MAY 17, 2010

_____
JUDGE OF THE DISTRICT COURT

THE HEARING ON THIS ORDER IS SET FOR JUNE 21, 2010 AT 10:00 a.m.