# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDGET BLINDS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUDGET BLINDS AND SHUTTERS, an unknown business entity; KENNETH JAMES, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: SACV-09-00933 AG (ANx)<br>*Hon. Andrew J. Guilford*<br>*Courtroom 10D*<br><br><br>**CONTEMPT ORDER** |

　　　A hearing on why Defendant Kenneth James ("James") should not be held in contempt of Court came regularly for hearing on June 21, 2010 at 10:00 a.m. in Courtroom 10D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701-4516, the Honorable Andrew J. Guilford presiding. Kevin Adams appeared for Plaintiff Budget Blinds, Inc. ("BBI"). No other appearances were made.

## **RELEVANT BACKGROUND**

　　　On August 12, 2009, BBI filed suit against James for Service Mark Infringement, False Designation/Unfair Competition, Unfair Business Practices, Unjust Enrichment, and Accounting. [*See* Doc. No. 1].

On August 24, 2009, the Summons and Complaint in this matter were served upon James by personal service. [*See* Doc. No. 5]. James failed to appear within the time allowed for his appearance, and on October 13, 2009, the clerk entered the default of James. [*See* Doc. No. 9].

On January 11, 2010, this Court granted BBI's Application for Entry of Default Judgment and Permanent Injunction. [*See* Doc. No. 13]. The Permanent Injunction states, in relevant part, the following:

> THE COURT HEREBY ORDERS Defendant James, his agents, servants, and employees, and all persons acting under, in concert with or for him, to immediately:
>
> (1) Discontinue use of the name "Budget Blinds and Shutters;"
> (2) Discontinue use of any other marks, names, or materials that are confusingly similar to the Budget Blinds Marks;
> (3) Discontinue use of the domain name http://www.budgetblindsandshutters.com;
> (4) Discontinue owning, maintaining, operating, engaging in, or having any financial or beneficial interest in, advertising, assisting, or making loans to, any business using the Budget Blinds Marks or any marks or names confusingly similar thereto.
>
> THE COURT HEREBY ORDERS Defendant James appear and produce any and all books and records necessary to compute profits realized as a result of sales made by his company under the trade name "Budget Blinds and Shutters" or arising from the website at http://www.budgetblindsandshutters.com.

[*See* Doc. No. 13].

On April 16, 2010, BBI filed a Notice of Motion and Motion for an Order to Show Cause re: Civil Contempt and Sanctions against James for violating the permanent injunction by continuing to advertise and operate his business using the trade name "Budget Blinds and Shutters," continuing to use the Domain Name www.budgetblindsandshutters.com and failing to comply with this Court's Order for an accounting. [*See* Doc. No. 16].

1  On May 17, 2010, following a hearing on BBI's Motion for an Order to Show Cause
2  re: Civil Contempt and Sanctions, this Court ordered James to show cause (1) why he
3  should not be held in contempt of this Court, and (2) why BBI should not be awarded
4  attorneys' fees in the amount of $6,000 in connection with this Order. [*See* Doc. No. 19].
5  The Order to Show Cause hearing was held on June 21, 2010.  Kevin Adams
6  appeared for Plaintiff Budget Blinds, Inc. ("BBI").  No other appearances were made.

## **ORDER**

The Court finds that James has failed to show cause why he should not be held in contempt of this Court and why BBI should not be awarded its attorneys' fees and costs in the amount of $6,000 in connection with this Order.  Therefore, the Court finds James in CONTEMPT and ORDERS James to pay BBI $6,000 in connection with this Order.

Failure to comply with this Order in its entirety may result in further findings of contempt and the imposition of additional sanctions.

**IT IS SO ORDERED.**

DATED: September 15, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT