MULCAHY LLP
James M. Mulcahy (SBN 213547)
jmulcahy@mulcahyllp.com
Kevin A. Adams (SBN 239171)
kadams@mulcahyllp.com
One Park Plaza, Suite 225
Irvine, California 92614
Telephone: (949) 252-9377
Facsimile: (949) 252-0090

Attorneys for Plaintiff,
BUDGET BLINDS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDGET BLINDS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUDGET BLINDS AND SHUTTERS, an unknown business entity; KENNETH JAMES, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: SACV-09-00933 AG (ANx)<br>*Hon. Andrew J. Guilford*<br>*Courtroom 10D*<br><br>[~~PROPOSED~~] JUDGMENT |

/ / /
/ / /
/ / /

- 1 -

1  In light of the Court's Contempt Order against Defendant Kenneth James, Dkt. No.
2  23, on September 15, 2010, the previously ~~Judgment is hereby~~ entered in favor of Plaintiff Budget Blinds,
3  Inc. ~~in the amount of $6,000.00~~ is amended to include $6,000
4  owing from Kenneth James to Plaintiff Budget Blinds, Inc
5  **IT IS SO ORDERED.**
6
7  DATED: SEPT 29, 2010
8
9  ANDREW J. GUILFORD
   UNITED STATES DISTRICT JUDGE